UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JULIO RUEDA ZAVEDRA,                           )
                                               )
Petitioner,                                    )
                                               )
v.                                             )
                                               )
                                               )       C.A.F.N. 7:26-cv-00143
MARKWAYNE MULLIN, Secretary, U.S.              )
       Department of Homeland Security;        )
TODD M. LYONS, Acting Director, U.S.           )
       Immigration and Customs                 )
       Enforcement;                            )
LADEON FRANCIS, Atlanta Field                  )
       Office Director, U.S. Immigration       )
       and Customs Enforcement; and            )
Warden, Irwin County Detention Center,         )
                                               )
Respondents.                                   )
                                               )

## PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL

Petitioner submits this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil

Procedure 41(a). Petitioner was recently released from detention on bond. Therefore, this matter

is now moot.

Respectfully submitted this 12th of June, 2026.

/s/ Bethany Virginia Biswas
Bethany Virginia Biswas
Georgia Bar No. 478064
Attorney for Petitioner
ANTONINI AND COHEN IMMIGRATION LAW GROUP
2751 Buford Highway NE, Suite 500
Atlanta, GA 30324
Telephone (404) 523-8141
Fax (678) 435-8843
Email: biswas@antoniniandcohen.com

SO ORDERED this _15th_ day
of _June_, _2026_.

_W. Louis Sands_
W. Louis Sands, Sr. Judge
United States District Court